THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:     (619) 374-4100
Facsimile:      (619) 231-9040

Attorneys for Plaintiff THE CARTWRIGHT
LAW FIRM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CARTWRIGHT LAW FIRM, INC.,<br><br>                Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive,<br><br>                Defendants, | Case No. C11-2218 EMC<br><br>NOTICE OF SETTLEMENT<br><br>ORDER RESETTING CMC |

TO THE HONORABLE COURT, counsel for Plaintiff, THE CARTWRIGHT LAW FIRM, INC., hereby submit this Notice of Settlement to the Court, memorializing the parties' successful resolution of the instant matter.

Plaintiff hereby requests the Court to take the following matters off calendar:

1. Initial Case Management Conference, scheduled for August 19, 2011 at 9:00 a.m.

Plaintiffs further request the Court maintain jurisdiction over the matter for a period of no less than thirty (30) days to allow for the full execution of the terms of

///

///

1  the settlement.

4  DATED: August __5__, 2011        THE BICKEL LAW FIRM, INC.
                                    Attorneys for Plaintiff

                                    By: _____
                                        LARRY W. CHAE

8  IT IS SO ORDERED that the CMC is reset from 8/19/11 to 10/28/11 at 9:00 a.m.
   A Joint CMC statement shall be filed by 10/21/11.  The 10/28/11 CMC will be
   vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge

