1  THE BICKEL LAW FIRM, INC.
   Brian J. Bickel, State Bar No. 205646
2  Brian K. Cline, State Bar No. 246747
   Larry W. Chae, State Bar No. 268979
3  larrychae@bickellawfirm.com
   750 B Street, Suite 1950
4  San Diego, California 92101
   Telephone:  (619) 374-4100
5  Facsimile:   (619) 231-9040

6  Attorneys for Plaintiff THE CARTWRIGHT
   LAW FIRM, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE CARTWRIGHT LAW FIRM, | ) Case No. C11-2218 EMC
12 | INC.,                     | )
   |                           | ) [Action Commenced: May 5, 2011]
13 |             Plaintiff,    | )
   |                           | ) [PROPOSED] ORDER DISMISSING
14 |      vs.                  | ) THE ACTION
   |                           | )
15 | GENERAL MOTORS, LLC, and DOE | ) Hon. Edward M. Chen
   | 1 through DOE 10 inclusive, | )
16 |                           | )
   |             Defendants,   | )
17 |                           | )
   _____

18
        GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is
19
   hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.
20

21

22
   Date: ___10/5_____, 2011
23                                       IT IS SO ORDERED
24                                       _____
                                         Judge Edward M. Chen
25

26

27

28

                                        1
           [PROPOSED] ORDER DISMISSING THE ACTION              C11-2218 EMC